DOROTHY B. SLADE v. PRENTICE SLADE.— Motion to stay payment of counsel fee pending appeal, and to stay all the provisions of the order appealed from relating to alimony, in excess of $200 a month, granted upon condition that defendant furnish a surety company bond, satisfactory to plaintiff, for the payment of the alimony and counsel fee directed to be paid in the order appealed from in the event that the appeal be affirmed. Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

JACOB RUPPERT v. I. WOHL, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

PHINEAS S. SCHEY v. MILTON STERN and LUDWIG NEUBERGER.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

MARION E. LEVY v. JONAS LEVY and Another. SAMUEL L. WEIL v. JONAS LEVY and Another.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

JACOB GOLDMAN v. PARTOS REALTY CORPORATION, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

IRVING A. HARTSTEIN and Another v. SIEDENBACH'S, INC., Party Intended Being a Corporation Engaged in the Retail Ready-to-Wear Business at Tulsa, Oklahoma.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

LOUIS H. RADIN v. THE CITY OF NEW YORK.— Application granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

HARRY FISCHMAN and Another v. THE CITY OF NEW YORK.— Application granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

FRED MORINELLI, JR., v. SEABOARD AIR LINE RAILWAY COMPANY — Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

CROSS & BROWN COMPANY v. ABRAHAM SMITH.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

MICHIGAN TANNING AND EXTRACT COMPANY v. INTERNATIONAL AGRICULTURAL CORPORATION.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

EDWARD WINKEL v. BELDING HEMINWAY COMPANY.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

MAGGIE WARE v. HILTONIAN REALTY Co., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

HARRY BASSER v. AARON FEINGOLD.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

JACOB AMSTER, Doing Business, etc., v. LOUIS POLSTEIN.— Application denied, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.